1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

STEVEN HAIRL WILHELM,

         Plaintiff,

   v.

DR. A. ROTMAN, et al.,

         Defendants.

1:10cv0001 DLB PC

ORDER ADDRESSING PLAINTIFF'S
FILINGS REGARDING SERVICE

(Documents 32, 33)

Plaintiff Steven Hairl Wilhelm ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on December 31, 2009.  On July 12, 2012, the Court issued an order finding service of the First Amended Complaint appropriate as to Defendant Dr. A. Rotman and requiring Plaintiff to return service documents within thirty days.

Plaintiff submitted service documents on August 6, 2012, and this Court directed the United States Marshal to serve Defendant Rotman by order dated August 15, 2012.

On December 10, 2012, Plaintiff filed a request for entry of default.  The Court denied the motion on December 31, 2012, explaining that Defendant's obligation to respond had not yet been triggered because the complaint had not been served.

On February 20, 2013, Plaintiff submitted a request for the Court to enforce its August 15, 2012, service order.  On March 5, 2013, he submitted a request for the address of the United States Marshal.

1    The Court has ordered the Marshal to serve the complaint and it cannot issue further orders to

2  do so.  The Court will keep Plaintiff informed and will notify him if issues with service arise.

3  Plaintiff will also be informed immediately if Defendants are served.

4    Accordingly, Plaintiff's requests are DENIED.

5

6  IT IS SO ORDERED.

7    Dated:   **March 8, 2013**                        /s/ *Dennis L. Beck*

8                                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28