# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HAIRL WILHELM,<br><br>   Plaintiff,<br><br>   v.<br><br>DR. A. ROTMAN, et al.,<br><br>   Defendants. | 1:10cv0001 DLB PC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Document 40) |

Plaintiff Steven Hairl Wilhelm ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on December 31, 2009. On July 12, 2012, the Court issued an order finding service of the First Amended Complaint appropriate as to Defendant Dr. A. Rotman and requiring Plaintiff to return service documents within thirty days.

On June 10, 2003, the United States Marshal returned the summons unexecuted.

On July 8, 2013, the Court issued an Order to Show Cause why Defendant Rotman should not be dismissed for failure to effectuate service.

Plaintiff responded to the Order to Show Cause on July 29, 2013, and provided an additional address for service. Accordingly, the Order to Show Cause is DISCHARGED. The Court will order re-service by separate order.

IT IS SO ORDERED.

Dated:   **July 31, 2013**                         /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE

1