# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HAIRL WILHELM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. A. ROTMAN, et al.,<br><br>　　　　Defendants. | 1:10cv0001 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR DECISION AND MOTION TO ADD ALTERNATE ADDRESS<br><br>(Documents 48, 49) |

　　　　Plaintiff Steven Hairl Wilhelm ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on December 31, 2009.  On July 12, 2012, the Court issued an order finding service of the First Amended Complaint appropriate as to Defendant Dr. A. Rotman.  Plaintiff submitted service documents on August 6, 2012, and this Court directed the United States Marshal to serve Defendant Rotman by order dated August 15, 2012.

　　　　The United States Marshal has encountered considerable difficulty in serving Defendant Rotman.  Most recently, on July 31, 2013, the Court ordered the Marshal to serve Defendant Rotman at an address provided by Plaintiff.  The Marshal has not returned service, either executed or unexecuted.

　　　　On August 13, 2014, Plaintiff filed a motion asking the Court to decide whether it is "feasible" to enforce the prior service orders.  On August 20, 2014, Plaintiff filed a motion to add an alternate address for Defendant Rotman.

1   Plaintiff is advised that the new address has been forwarded to the United States Marshal, and the Marshal will be attempting personal service in the near future. The Court will keep Plaintiff informed as to any service developments.

IT IS SO ORDERED.

Dated:   **August 25, 2014**               /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE