# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HAIRL WILHELM,<br><br>                     Plaintiff,<br><br>        v.<br><br>DR. A. ROTMAN, et al.,<br><br>                     Defendants. | 1:10cv0001 DLB PC<br><br><br>ORDER DIRECTING DEFENDANT TO CONSENT OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN (10) DAYS |

Plaintiff Steven Wilhelm ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on December 31, 2009.

This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k) of the Local Rules of the Eastern District of California.  Defendant Rotman has now appeared in the action.

Therefore, Defendant Rotman shall notify the Court within ten (10) days from the date of service of this order whether he consents to or declines United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:    **October 9, 2014**                        /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE

1