# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HAIRL WILHELM,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DR. A. ROTMAN, et al.,<br><br>　　　Defendants. | 1:10cv0001 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR SUMMONS<br><br>(Document 52) |

　　　Plaintiff Steven Wilhelm ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on December 31, 2009.  On July 12, 2012, the Court issued an order finding service of the First Amended Complaint appropriate as to Defendant Dr. A. Rotman.

　　　Since that time, the United States Marshal has encountered considerable difficulty in serving Defendant Rotman.  However, on September 22, 2014, the United States Marshal returned service executed.  Defendant Rotman was served by personal service on September 16, 2014.  Defendant Rotman's October 7, 2014, motion to dismiss is pending.

　　　On September 29, 2014, Plaintiff filed a motion requesting that the Court send him service documents to serve Defendant Rotman.  Plaintiff states that he now has a process server.

///

///

///

///

///

///

///

1

It appears that at the time Plaintiff signed the motion, he had not yet received notice that Defendant Rotman was successfully served. Accordingly, there is no need for Plaintiff to utilize a process server and his motion is therefore DENIED AT MOOT.

IT IS SO ORDERED.

Dated:   **October 10, 2014**                              /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE