# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HAIRL WILHELM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. ARON ROTMAN,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:10-cv-00001 DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PLAINTIFF'S MOTION TO AMEND IN 1:12-cv-00386-AWI-SAB<br><br>(Document 63) |

　　　　Plaintiff Steven Hairl Wilhelm ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 31, 2009.[1]

　　　　On November 24, 2014, Plaintiff filed a motion to for leave to file an amended complaint. However, it appears that Plaintiff mistakenly filed the motion in this action. The motion should have been filed in 1:12-cv-00386-AWI-SAB. As there is a lodged Third Amended Complaint in 1:12-cv-00386-AWI-SAB, the Court ORDERS the Clerk of Court to file Plaintiff's November 24, 2014, Motion to Amend (Document 63) in 1:12-cv-00386-AWI-SAB.

///

///

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on February 3, 2010. Defendant Rotman filed his consent on October 20, 2014.

1    The motion is disregarded in this action.

2
3   IT IS SO ORDERED.

4   Dated:   **December 1, 2014**                  /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE

2